# Court of Appeals
# of the State of Georgia

ATLANTA,___July 29, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1917.  WILHY HARPO v. MORDENA BOLT.

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, defendant Wilhy Harpo filed an application for discretionary appeal in this Court.  We transferred his case to the State Court of Fulton County.[1] The state court dismissed his de novo appeal.  Harpo then filed a notice of appeal to this Court.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Harpo was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Because Harpo did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,_____07/29/2015_____*
   *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
      *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*

---

[1] See Case No. A14D0296, transferred on April 15, 2014.